**VERUS LAW GROUP**
Holly Walker, Bar No.: 178356
4553 Glencoe Avenue, Suite 390
Marina Del Rey, California 90292
Telephone: (310) 453-5053
Facsimile: (310) 306-7700
e-mail: holly@veruslawgroup.com

Attorneys for plaintiff/judgment creditor
PREMIER CAPITAL LIMITED LIABILITY COMPANY,
as Assignee of Jason Claiborne, individually and
JASE NORTH AMERICAN WATERS, LTD., a British
Columbia, Canada corporation

Issued Ntc of Renewal to Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAIBORNE, individually and JASE NORTH AMERICAN WATERS LTD., a British Columbia, Canada Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM GUSTAFSON and LINDA GUSTAFSON, husband and wife, C.G.I. Technologies, LLC, a Delaware limited liability company, OSCAR JOSEPH VII, LLC, a California limited liability company, and DOES 1 through 10, Inclusive;<br><br>Defendants. | CASE NO.: CV 02- 2795 ABC (RZx)<br><br>[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtors, WILLIAM GUSTAFSON, C.G.I. Technologies, LLC, a Delaware limited liability company, OSCAR JOSEPH VII, LLC, a California limited liability company (collectively "DEFENDANTS"), having judgment entered against them on July 1, 2003 and an amended judgment on December 11, 2006,

NOW, upon application of PREMIER CAPITAL LIMITED LIABILITY COMPANY as Assignee of Jason Claiborne, individually and JASE NORTH AMERICAN WATERS, LTD., a British Columbia, Canada corporation (hereafter "PREMIER"), and upon declaration that

DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to PREMIER.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed in the amount of $191,378.67, which is broken down as follows:

| | | | |
|---|---|---|---:|
| a. | Judgment as entered | $ | 232,500.00 |
| b. | Costs after Judgment | $ | 0.00 |
| | Subtotal | $ | 232,500.00 |
| c. | Less credits after judgment | $ | 62,592.98 |
| d. | Subtotal | $ | 169,907.02 |
| e. | Interest after judgment computed from July 3, 2003 through October 23, 2012 at 1.07% | $ | 21,841.25 |
| | TOTAL JUDGMENT AS RENEWED | $ | 191,748.27 |

Dated: 10/23/2012

CLERK
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT