1  **VERUS LAW GROUP, APC**
   Holly Walker, Bar No.: 178356
2  2623 W. Manchester Blvd.
   Inglewood, CA 90305
3  Telephone: (310) 453-5053
   Facsimile: (310) 306-7700
4  e-mail: holly@veruslawgroup.com

5  Attorneys for plaintiff/judgment creditor
   PREMIER CAPITAL LIMITED LIABILITY COMPANY,
6  as Assignee of Jason Claiborne, individually and
   JASE NORTH AMERICAN WATERS, LTD., a British
7  Columbia, Canada corporation

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAIBORNE, individually and JASE NORTH AMERICAN WATERS LTD., a British Columbia, Canada Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM GUSTAFSON and LINDA GUSTAFSON, husband and wife, C.G.I. Technologies, LLC, a Delaware limited liability company, OSCAR JOSEPH VII, LLC, a California limited liability company, and DOES 1 through 10, Inclusive;<br><br>Defendants. | CASE NO.: CV 02- 2795 ABC (RZx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

   The judgment debtors, WILLIAM GUSTAFSON, C.G.I. Technologies, LLC, a Delaware limited liability company, OSCAR JOSEPH VII, LLC, a California limited liability company (collectively the "DEFENDANTS"), having judgment entered against them on July 1, 2003, amended on December 11, 2006, and renewed on October 23, 2012,

   NOW, upon application of PREMIER CAPITAL LIMITED LIABILITY COMPANY as Assignee of Jason Claiborne, individually and JASE NORTH AMERICAN WATERS, LTD., a British Columbia, Canada corporation (hereafter "PREMIER"), and upon declaration that

DEFENDANTS have failed to pay the total amount of said judgment; and that DEFENDANTS are indebted to PREMIER.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed in the amount of $198,952.92, which is broken down as follows:

| | | | |
|---|---|---|---:|
| a. | Judgment as renewed | $ | 191,748.27 |
| b. | Costs after Judgment | $ | 0.00 |
| | Subtotal | $ | 191,748.27 |
| c. | Less credits after judgment | $ | 13,123.98 |
| d. | Subtotal | $ | 178,624.29 |
| e. | Interest after judgment computed from October 23, 2012 through August 30, 2022 at 1.07% per annum | $ | 20,328.63 |
| | TOTAL JUDGMENT AS RENEWED | $ | **198,952.92** |

Dated: August 31, 2022

*Sharon Hall Brown*
DEPUTY CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KIRY K. GRAY, EXECUTIVE/CLERK OF COURT
United States District Court